```
                                                        FILED
                                                        December 1, 2009
         UNITED STATES DISTRICT COURT FOR THE           CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                        DEPUTY CLERK
```

UNITED STATES OF AMERICA,          )
                               )    Case No. CR.S-09-0025-JAM
    Plaintiff, )
v.                                 )
                               )    ORDER FOR RELEASE OF
BLAS MIJANGOS RIVERA,              )    PERSON IN CUSTODY
                               )
    Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BLAS MIJANGOS RIVERA, Case No. MAG. 09-0301-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_   Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $150,000.00

    \_\_\_\_   Unsecured Appearance Bond

    _X_    Appearance Bond with Surety

    \_\_\_\_   (Other) Conditions as stated on the record.

    _X_    (Other) Secured bond paperwork to be filed within 2 weeks from date of this order.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/01/09  at  3:50 pm

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge