UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BLAS MIJANGOS RIVERA, )<br>)<br>Defendant. ) | Case No. CR.S-09-0025-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BLAS MIJANGOS RIVERA, Case No. MAG. 09-0301-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $150,000.00

     \_\_\_\_   Unsecured Appearance Bond

     _X_   Appearance Bond with Surety

     \_\_\_\_   (Other) Conditions as stated on the record.

     _X_   (Other) Secured bond paperwork to be filed within 2 weeks from date of this order.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/01/09  at  3:50 pm

By  _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge