1  DONALD B. MARKS, SBN 43538
   MARKS & BROOKLIER, LLP
2  10100 Santa Monica Blvd., Suite 300
   Los Angeles, CA 90067
3  Telephone: (310) 772-2287
   Facsimile: (310) 772-2286
4
   Attorney for Defendant
5  MARTIN MIJANGOS RIVERA

6  BRUCE M. MARGOLIN, SBN 39755
   LAW OFFICES OF BRUCE M. MARGOLIN
7  8749 Holloway Drive
   West Hollywood, CA 90069
8  Telephone: (310) 276-2231
   Facsimile: (310) 652-1501
9
   Attorney for Defendant
10 BLAS MIJANGOS RIVERA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-09-25-JAM |
|---|---|---|
| Plaintiff, | ) | ORDER TO TRAVEL; |
|  | ) | RELEASE OF PASSPORTS TO U.S. PRE- |
| v. | ) | TRIAL SERVICES |
|  | ) |  |
| MARTIN MIJANGOS RIVERA and BLAS MIJANGOS RIVERA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) | Hon. Edmund F. Brennan |

[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the defendants MARTIN MIJANGOS RIVERA and BLAS MIJANGOS RIVERA be allowed to travel to Mexico as follows:

1. That passports for Martin Mijangos Rivera and Blas Mijangos Rivera are in the custody of the clerk to the Hon. Edmund F. Brennan, Magistrate Judge.

2. This Court has issued an order that Defendant Martin Mijangos Rivera and Defendant Blas Mijangos Rivera can travel to Mexico and return to the United States based on an

1  itinerary approved by U.S. Pretrial Services.

2  3.  Counsel for Martin Mijangos Rivera, Donald B. Marks, has spoken to Steven J.
3     Sheehan, U.S. Pretrial Services, who has consented to the travel arrangements and the
4     planned schedule.
5  4.  Based on the foregoing, it is ordered that the clerk release the passports of Martin
6     Mijangos Rivera and Blas Mijangos Rivera to U.S. Pretrial Services for the purpose of
7     allowing Martin Mijangos Rivera and Blas Mijangos Rivera to travel to Mexico.
8  5.  Upon the return of Martin Mijangos Rivera and Blas Mijangos Rivera to the United
9     States they shall deliver back their respective passports to U.S. Pretrial Services.
10 All other conditions of the bond release and order previously set shall remain the same.

DATED: December 14, 2009.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Presented by:*

DATED: December 11, 2009

     /s/
_____
DONALD B. MARKS
Attorney for Defendant
MARTIN MIJANGOS RIVERA