DONALD B. MARKS, SBN 43538
MARKS & BROOKLIER, LLP.
10100 Santa Monica Blvd, Suite 300
Los Angeles, CA 90067
Telephone: (310) 772-2287
Facsimile: (310) 772-2286

Attorneys for Defendant
MARTIN MIJANGOS RIVERA

BRUCE M. MARGOLIN, SBN 39755
LAW OFFICES OF BRUCE M. MARGOLIN
8749 Holloway Drive
West Hollywood, CA 90069
Telephone: (310) 276-2231
Facsimile: (310) 652-1501

Attorney for Defendant
BLAS MIJANGOS RIVERA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S-09-25-JAM |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE HEARING |
| v. | Current Status Conference Hearing: January 19, 2010 |
| MARTIN MIJANGOS RIVERA, et al. | |
| Defendant. | Proposed Hearing Date: February 2, 2010 Time: 9:30 a.m. |
| | Courtroom of the Honorable John A. Mendez |

The Court has considered and approved the stipulation to continue the status conference hearing for defendants, MARTIN MIJANGOS RIVERA and BLAS MIJANGOS RIVERA ("defendants") that was signed and filed by the parties concurrently with this Order.

IT IS FURTHER ORDERED that the period from December 1, 2009 through and including February 2, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

///

1 | Accordingly, IT IS HEREBY ORDERED by the Court that defendants's status conference
2 | hearing is continued from January 19, 2010 at 9:30 a.m. to February 2, 2010 at 9:30 a.m.
3 |
4 | Dated: January 5, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE