```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-0025-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| BLAS MIJANGOS RIVERA, and | ) | Date: April 6, 2010 |
| MARTIN MIJANGOS RIVERA, | ) | Time: 9:30 a.m. |
| | ) | Court: Hon. John A. Mendez |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America by and through Matthew C. Stegman, Assistant United States Attorney; defendant BLAS MIJANGOS RIVERA, by and through his counsel, Bruce M. Margolin; and defendant MARTIN MIJANGOS RIVERA, by and through his counsel, Donald B. Marks, that the status conference presently set for April 6, 2010, be continued to April 20, 2010, at 9:30 a.m.  All counsel continue to require additional time to engage in plea negotiations and to conduct legal research and investigation concerning possible plea.

It is further stipulated that the period of time from April 6, 2010, through and including April 20, 2010, be excluded in

computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: April 2, 2010                /s/ Bruce M. Margolin
                                    Attorney for Defendant
                                    BLAS MIJANGOS RIVERA


                                    /s/ Donald B. Marks
                                    Attorney for Defendant
                                    MARTIN MIJANGOS RIVERA



                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED: April 2, 2010         By:    /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney




**ORDER**

   IT IS SO ORDERED.

DATED: _April 2, 2010
                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge