DONALD B. MARKS, SBN 43538
MARKS & BROOKLIER, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 772-2287
Facsimile: (310) 772-2286

Attorney for Defendant
MARTIN MIJANGOS RIVERA

BRUCE M. MARGOLIN, SBN 39755
LAW OFFICES OF BRUCE M. MARGOLIN
8749 Holloway Drive
West Hollywood, CA 90069
Telephone: (310) 276-2231
Facsimile: (310) 652-1501

Attorney for Defendant
BLAS MIJANGOS RIVERA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MARTIN MIJANGOS RIVERA and<br>BLAS MIJANGOS RIVERA,<br><br>           Defendant. | CASE NO. CR S-09-25-JAM<br><br>ORDER TO TRAVEL;<br>RELEASE OF PASSPORTS TO U.S. PRE-TRIAL SERVICES<br><br><br><br><br>Hon. Edmund F. Brennan |

[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the defendants MARTIN MIJANGOS RIVERA and BLAS MIJANGOS RIVERA be allowed to travel to Michoacan, Mexico as follows:

    1.    That passports for Martin Mijangos Rivera and Blas Mijangos Rivera are in the custody of the clerk to the Hon. Edmund F. Brennan, Magistrate Judge.

    2.    This Court has issued an order that Defendant Martin Mijangos Rivera and Defendant Blas Mijangos Rivera can travel to Michoacan, Mexico on May 1, 2010 and return on

May 21, 2010 to the United States based on an itinerary approved by U.S. Pretrial Services.

3. Counsel for Martin Mijangos Rivera, Donald B. Marks, has spoken to Steven J. Sheehan, U.S. Pretrial Services, who has consented to the travel arrangements and the planned schedule.

4. Based on the foregoing, it is ordered that the clerk release the passports of Martin Mijangos Rivera and Blas Mijangos Rivera to U.S. Pretrial Services for the purpose of allowing Martin Mijangos Rivera and Blas Mijangos Rivera to travel to Michoacan, Mexico on May 1, 2010 and return on May 21, 2010.

5. Upon the return of Martin Mijangos Rivera and Blas Mijangos Rivera to the United States they shall deliver back their respective passports to U.S. Pretrial Services.

All other conditions of the bond release and order previously set shall remain the same.

DATED: April 28, 2010

/s/ John A. Mendez
HON. JOHN A . MENDEZ
U.S. DISTRICT COURT JUDGE

*Presented by:*

DATED: April 27, 2010

/s/
_____
DONALD B. MARKS
Attorney for Defendant
MARTIN MIJANGOS RIVERA