DONALD B. MARKS, SBN 43538
MARKS & BROOKLIER, LLP.
10100 Santa Monica Blvd, Suite 300
Los Angeles, CA 90067
Telephone: (310) 772-2287
Facsimile: (310) 772-2286

Attorneys for Defendant
MARTIN MIJANGOS RIVERA

BRUCE M. MARGOLIN, SBN 39755
LAW OFFICES OF BRUCE M. MARGOLIN
8749 Holloway Drive
West Hollywood, CA 90069
Telephone: (310) 276-2231
Facsimile: (310) 652-1501

Attorney for Defendant
BLAS MIJANGOS RIVERA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S-09-25-JAM |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | Current Sentencing Hearing: |
| MARTIN MIJANGOS RIVERA, et al. ) | July 27, 2010 |
| ) | |
| Defendant. ) | Proposed Hearing Date: |
| ) | August 31, 2010 |
| ) | Time: 9:30 a.m. |
| ) | |
| ) | Courtroom of the Honorable |
| ) | John A. Mendez |

The Court has considered and approved the stipulation to continue the sentencing hearing for defendants, MARTIN MIJANGOS RIVERA and BLAS MIJANGOS RIVERA ("defendants") that was signed and filed by the parties concurrently with this Order.

Accordingly, IT IS HEREBY ORDERED by the Court that defendants's sentencing hearing is continued from July 27, 2010 at 9:30 a.m. to August 31, 2010 at 9:30 a.m.

Dated: June 7, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE