MARGOLIN LAW OFFICE
Bruce Margolin, Esq. (SBN 39755)
8749 Holloway Drive
West Hollywood, California 90069
Telephone: (310) 652-0991
Facsimile: (310) 652-1501

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-0025-JAM |
| Plaintiff, ) | ORDER FOR CONTINUANCE OF SURRENDER |
| v. ) | |
| BLAS MIJANGOS RIVERA, and ) MARTIN MIJANGOS RIVERA, ) | Hon. John A. Mendez |
| Defendants. ) | |

**ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the defendant BLAS MIJANGOS RIVERA be allowed to surrender at a date after April 29, 2011 as follows:

1.  Defendant Blas Rivera is currently scheduled to surrender to custody of the court on January 3, 2011.

2.  Defendant Blas Rivera recently discovered a broken bone in his foot that requires intensive surgery and three months of recovery time.

3.  Counsel for Blas Rivera, Bruce M. Margolin, has been unable to reach Assistant United States Attorney, Matthew

1

Stegman, since December 22, 2010 to discuss this urgent matter.

4.  Based on the foregoing, it is ordered that the surrender of Blas Rivera be continued until 2:00 P.M. on Thursday, May 5, 2011 for the purpose of allowing Blas Rivera to undergo surgery on his foot and ample recovery time for that surgery.

DATED: December 30, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

DATED: December 29, 2011

/s/ Bruce M. Margolin
Attorney for Defendant
BLAS MIJANGOS RIVERA

2