MARGOLIN LAW OFFICE
Bruce Margolin, Esq. (SBN 39755)
8749 Holloway Drive
West Hollywood, California 90069
Telephone: (310) 652-0991
Facsimile: (310) 652-1501

FILED
APR 26 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BLAS MIJANGOS RIVERA, and<br>MARTIN MIJANGOS RIVERA,<br><br>        Defendants. | No. CR-S-09-0025-JAM<br><br>EX PARTE APPLICATION FOR<br>CONTINUANCE OF SURRENDER;<br>DECLARATION OF BRUCE MARGOLIN<br>IN SUPPORT OF APPLICATION<br><br>Hon. John A. Mendez |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO MATTHEW STEGMAN, ASSISTANT UNITED STATES ATTORNEY:

Defendant BLAS RIVERA, hereby applies to this court for an order continuing his surrender in this matter to a date after Thursday, September 1, 2011.

DATED: April 22, 2011

                                          /s/ Bruce M. Margolin
                                          Attorney for Defendant
                                          BLAS MIJANGOS RIVERA

## DECLARATION OF BRUCE MARGOLIN, ESQ.

I, BRUCE MARGOLIN, declare as follows:

1. I am an attorney of record duly authorized to practice in all courts of the State of California and am attorney of record for defendant herein, BLAS RIVERA.

2. It is respectfully requested that a new surrender date after September 1, 2011 be scheduled.

3. Counsel is informed and believes that Defendant Blas Rivera has been recovering from a surgery in his right foot in January, 2011. Defendant's doctor, Mark Munekata, initially projected three months of recovery time of no weight bearing on Defendant's foot. However, during defendant's recent visit to his doctor, Mr. Munekata discovered that defendant's foot has delayed healing. Consequently, defendant will need to have his foot in a cast for the next three to four months, and is unable to bear weight on his foot for the duration of that period. Attached exhibits 1 and 2 are documents from the U.C.L.A. Harbor Medical Center that document defendant's recent appointment and verify that defendant is suffering from delayed healing and that recovery will include three months of no weight bearing on his foot.

4. Due to the fact that defendant is scheduled to surrender on May 5th, we are requesting ex parte a subsequent date for defendant's surrender to custody after September 1, 2011

1  (approximately four months of recovery time as indicated by Exhibit
2  1).
3        I declare, under penalty of perjury, that the foregoing
4  is true and correct.  Executed on 22nd day of April, 2011 at West
5  Hollywood, California.

9  DATED: April 22, 2011    /s/ Bruce M. Margolin
                                  Attorney for Defendant
10                                  BLAS MIJANGOS RIVERA

```
MARGOLIN LAW OFFICE
Bruce Margolin, Esq. (SBN 39755)
8749 Holloway Drive
West Hollywood, California 90069
Telephone: (310) 652-0991
Facsimile: (310) 652-1501
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-0025-JAM |
| Plaintiff, | ORDER FOR CONTINUANCE OF SURRENDER |
| v. | |
| BLAS MIJANGOS RIVERA, and MARTIN MIJANGOS RIVERA, | |
| Defendants. | Hon. John A. Mendez |

[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the defendant BLAS MIJANGOS RIVERA be allowed to surrender ~~at a date after~~ 9am no later than 2:00 pm on September 1, 2011 as follows:

1. Defendant Blas Rivera is currently scheduled to surrender to custody of the court on May 5, 2011.

2. Defendant Blas Rivera recently discovered that he has delayed healing in his foot and requires three to four months of recovery time.

3. Based on the foregoing, it is ordered that the surrender

1

1 | of Blas Rivera be continued ~~until a date after~~ to 2:00 PM on September 1,
2 | 2011, for the purpose of allowing Blas Rivera ample recovery
3 | time for his foot.
4 |
5 |
6 | DATED: April 26, 2011
7 |
8 | _____
9 | JOHN A. MENDEZ
    | UNITED STATES DISTRICT JUDGE
10 |
11 | *Presented by:*
12 | DATED: December 29, 2011
13 | /s/ Bruce M. Margolin
    | Attorney for Defendant
14 | BLAS MIJANGOS RIVERA

2

Case 2:09-cr-00025-JAM   Document 67   Filed 04/26/11   Page 6 of 9

DEPARTMENT OF HEALTH SERVICES

**Harbor-UCLA Medical Center and Coastal Clinics**
**MEDICALLY EXCUSED ABSENCE**

☒ Harbor-UCLA Medical Center
1000 W. Carson Street
Torrance, CA 90504

☐ Family Health Center
1403 W. Lomita Blvd., 2nd Fl.
Harbor City, CA 90710

☐ Wilmington Health Center
1325 N. Broad Avenue
Wilmington, CA 90744

☐ Other: _____

☐ Long Beach Comprehensive Health Center
1333 Chestnut Avenue
Long Beach, CA 90813

☐ Bellflower Health Center
10005 E. Flower Street
Bellflower, CA 90706

Patient Name: Rivera, Blas      Date of Visit: 03/31/11

The above named individual was seen on the above date, and:

_____  May return to work/school immediately without restrictions.

_____  May return to work/school, but with the following restriction(s):
_____
_____

_____  May not return to work/school until: _____

__X__  Other: Pt is recovering from surgery due to talus fracture and is having delayed healing. Pt will be in a cast for the next 3-4 months and unable to bear weight on Ⓡ foot/leg.

Provider Printed Last Name: P R I C E
Provider Signature: _____  ID#: P P 0 1 9 7
Date: 0 3 / 3 1 / 2 0 1 1    Time: 0 1 : 1 1  AM/**PM**

Rivera, BLA.S

RIVERA,BLAS
256-75-38
04/27/1967   0   M
MEDI-CAL   GH   03/



ORIGINAL - FILE IN MEDICAL RECORD
COPY - PATIENT                                          PAGE 1 OF 2

**MEDICALLY EXCUSED ABSENCE**

HH944 (6-07)

COUNTY OF LOS ANGELES

**HARBOR - UCLA MEDICAL CENTER**

DEPARTMENT OF ~~~~~

| DATE & TIME EACH ENTRY | | SERVICE / CLINIC | RESPONSIBLE ATTENDING PHYSICIAN: |
|---|---|---|---|
| | Date: 03/31/11 | | |
| | Patient's Diagnosis (R) Talus ORIF | | |
| | Please check **one** of the following statements below. If selecting number 4, also fill in starting and ending dates and supply a reason. | | |
| | 1. _____ Patient is disabled greater than one (1) year. | | |
| | 2. _____ Patient is permanently and totally disabled. | | |
| | 3. _____ Patient is permanently and totally disabled and is considered terminal. | | |
| | 4. __X__ Patient will be disabled from (date) 11/30/10 to (date) 01/30/11 | | |
| | REASON: Pt recovering from surgery, unable to bear wt on (R) Foot/leg, needs time to heal | | |
| | 5. Return to work: | | |
| | _____ (date) WITHOUT Restriction | | |
| | _____ (date) WITH Restriction(s) | | |
| | Restriction(s): | | |
| | _____ (date) Restriction(s) lifted | | |
| | Provider / Physician's Signature: [signature] | | |
| | Provider / Physician Printed Name: PRICE | | |
| | Provider / Physician ID #: PP0197 | | |
| | Provider / Physician License #: PA20057 | | |
| | Provider / Physician Contact Phone #: 5271 | | |

RIVERA, BLAS
256-75-38
04/27/1967   O   M
MEDI-CAL    GH   03/

COUNTY OF LOS ANGELES                                              DEPARTMENT OF HEALTH SERVICES

## HARBOR-UCLA MEDICAL CENTER
## ORTHOPEDICS CLINIC FOLLOW-UP APPOINTMENT

1. Today's Date: MAR 3 0 2011

GENERAL ORTHO ADULT

2. Name of Clinic: (circle one)

| | | | |
|---|---|---|---|
| **Ortho A** M,Tu,W, Th (am) | **Dr. Magovern** Tuesdays, P.M. | **Total Joints-** **Schmalzried** (2nd & 4th Wednesdays AM) | **Dr. Najibi** Thursday AM |
| **Hand I-** Mon. P.M. | **Special Peds** Tues.PM | **Spine Rolfe-** (1st & 3rd Wednesdays AM) | **Fracture – Zinar** Friday AM |
| **Sports** Mondays 1st & 3rd | **Scoliosis** 2nd Tues.PM | **Foot Harris-** (2nd & 4th Wednesdays PM) | **Spine** - every other Friday A.M. |
| **Foot Care** Mondays | **Arthritis(Kwong)** – every Tuesday AM | **Hand II** – (1st & 3rd Wednesdays PM) | **Amputee-** every other Friday AM |
| | **Fracture** – **Gold-** every Weds. A.M. | **Foot Smith** Thursday | **Appliance-** every other Friday AM |

## RETURN APPOINTMENT – PRE -VISIT INSTRUCTIONS:

3. Return: _____ Day(s) _____ Week(s) __/__ Month(s)

   Appointment Date: _____ Time: _____

4. Needed for Next Visit:

   X-RAYS: Rt. foot     OTHER: _____

NOTES: 3 views oop
ND Wt bearing for 4 months

To Cancel or Reschedule your appointment,
please call: (310) 222-2757, 222- 2778 ; 222-5204

RIVERA, BLAS
256-75-38
4/27/1967
MEDI-CAL     0    M
             GH   03/

PLEASE BRING THIS SLIP
TO YOUR NEXT APPOINTMENT

PATIENT IDENTIFICATION

Los Angeles County ♭ Harbor-UCLA Medical Center
1000 W. Carson Street
Torrance, CA 90509

APPOINTMENT NOTICE

MRUN: 256-75-38
Ins Code: 405 (F/S REQUIRED)

RIVERA, BLAS
12533 FREEMAN AVE APT E
HAWTHORNE, CA 90250

Dear Patient,

The following appointment has been made for you:

     Location:      **Harbor-UCLA Main Hospital**
                    **2nd Floor**
    Date/Time:      **04/28/2011**
         Time:      **9:00 AM**
       Clinic:      **2W-ORTHO A**
     Activity:      **ADULT REV(R) ORTHO A**   *Main*
 Requesting MD:     **MUNEKATA, MARK**   ← *This is my doctor*

If you must cancel or re-schedule your appointment, please call us at (310)222-2757.
**On the day of your appointment**, please follow the following steps:
1. Bring all your medications with you to each clinic visit.
2. Please go directly to your appointment on the 2nd Floor, please bring your Picture ID and HARBOR-UCLA plastic ID card, Medi-cal or any other insurance cards.
3. If you are a new patient to the hospital, please go to Registration located in the First Floor 1B1 Registration, window#1 with your picture ID to obtain a plastic card.
******************************************¢
Notificación de Cita

Estimado Paciente,

Le hemos hecho la siguente cita:

          Lugar:    **Harbor-UCLA Main Hospital**
                    **2nd Floor**
          Fecha:    **04/28/2011**
           Hora:    **9:00 AM**
        Clinica:    **2W-ORTHO A**
      Actividad:    **ADULT REV(R) ORTHO A**
 Doctor Solicitando: **MUNEKATA, MARK**

Si necesita cancelar o cambiar su cita, llamenos al (310)222-2757.
**El dia de su cita** siga los siguientes pasos:
1. Traer todas sus medicinas con usted a cada cita clínica.
2. Por favor vaya directamente su cita en el 2do piso, traiga su Identificacion y la tarjeta del hospital HARBOR-UCLA, Medi-cal, u otra tarjeta de seguro medico al registrarse.
3. Si usted es un paciente nuevo al hospital, vaya a la Registracion localizada en el primer piso del hospital 1B1 ventana 1, con su Identificacion, para obtener una tarjeta plastica.