Law Offices of Bruce M. Margolin
Bruce Margolin, Esq. (SBN 39755)
8749 Holloway Drive
West Hollywood, California 90069
Telephone: (310) 652-0991
Facsimile: (310) 652-1501

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-0025-JAM |
| | ) | |
| Plaintiff, | ) | ORDER FOR CONTINUANCE OF |
| | ) | SURRENDER |
| v. | ) | |
| | ) | |
| BLAS MIJANGOS RIVERA, and | ) | |
| MARTIN MIJANGOS RIVERA, | ) | |
| | ) | Hon. John A. Mendez |
| Defendants. | ) | |

ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the defendant BLAS MIJANGOS RIVERA be allowed to surrender at a date after March 10, 2012 as follows:

1. Defendant Blas Rivera is currently scheduled to surrender to custody of the court on September 1, 2011.

2. Defendant Blas Rivera recently discovered that he has a varus deformity in his foot that requires a surgical procedure, triple arthrodesis and requires six months of recovery time.

3. Based on the foregoing, it is ordered that the surrender

1

of Blas Rivera be continued until March 15, 2012 at 2:00 p.m., for the purpose of allowing Blas Rivera ample recovery time for his foot.

DATED: August 24, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

DATED: August 16, 2011

/s/ Bruce M. Margolin
Attorney for Defendant
BLAS MIJANGOS RIVERA

2