David P. Foos (SBN: 83430)
**LAW OFFICE OF BOWMAN & ASSOCIATES**
*A Professional Corporation*
3841 North Freeway Boulevard, Suite 185
Sacramento, CA 95834
T: (916) 923-2800
F: (916) 923-2828

Attorney for Plaintiff
BLAS MIJANGOS RIVERA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>BLAS MIJANGOS RIVERA, and MARTIN MIJANGOS RIVERA,<br><br>    Defendants. | CASE NO: 2:09-CR-00025-JAM<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING THEREFORE,**

IT IS HEREBY ORDERED that the defendant, BLAS MIJANGOS RIVERA be allowed to travel to Michoacan, Mexico between the dates of December 24, 2013 to January 23, 2014.

FURTHERMORE, IT IS HEREBY ORDERED, that the probation department shall have the discretion in the future to allow out of district travel without further Court order.

**IT IS SO ORDERED.**

Dated: 12-20-2013        By: _/s/ John A. Mendez_
                                         Hon. John A. Mendez
                                         Judge of the United States District Court for
                                         The Eastern District of California